**FILED**

DEC 1 0 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANNIE M. SCALES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. **12 1973** |
| ) | |
| WILLIAM K. SUTER, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

This matter is before the Court for consideration of plaintiff's application to proceed *in forma pauperis* and *pro se* petition. The Court will grant the application and dismiss the complaint.

The instant complaint is substantially similar to that filed in a recent lawsuit, *see Scales v. Suter*, No. 12-1821 (D.D.C. filed Nov. 9, 2012), and it will be dismissed as duplicative.

An Order is issued separately.

United States District Judge

DATE: Nov, 15, 2012